UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:25-CV-221-D-RN

| | |
|---|---|
| DR. CHRISTINE MCPHAIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DECLARATION OF** |
| v. ) | **NICHOLAS J. SANSERVINO, JR.** |
| ) | |
| SAINT AUGUSTINE'S UNIVERSITY, ) | |
| JAMES PERRY, in his individual capacity, ) | |
| BRIAN BOULWARE, in his individual ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

I, Nicholas Joseph Sanservino, Jr., hereby declare as follows:

1. I submit this Declaration in response to the Court's August 3, 2025 Notice to Plaintiff of Failure to Make Service within 90 Days.

2. I am an attorney at Edwards Beightol, LLC and duly licensed to practice law within North Carolina. I am the primary attorney of record for Dr. Christine McPhail ("Plaintiff") in this case.

3. The current financial and other challenges confronting Defendant Saint Augustine's University ("SAU") have been covered extensively by local media and other news outlets. See, e.g., [St. Augustine's wins injunction to stay accredited. What it means for the HBCU.](#) This has made it particularly difficult to confirm proper service in this case, as shown in the Exhibits hereto.

4. On April 29, 2025, Dr. McPhail filed her Complaint against SAU, James Perry and Brian Boulware. [Docket Entry ("DE") No. 1]. Mr. Perry and Mr. Boulware are collectively referred to as "the Individual Defendants".

5. A review of the North Carolina Secretary of State website shows that the registered office address and registered mailing address for SAU is 1315 Oakwood Avenue, Raleigh, N.C. 27610. However, it does not appear that SAU has made a filing with the North Carolina Secretary of State since 2021. See [Saint Augustine's University](). The 2021 filing lists "Bernardo J. Dargan" as SAU's registered agent. However, Mr. Dargan's LinkedIn profile indicates that he has not been affiliated with SAU since 2022. See [Saint Augustine's University](); [Benardo J. Dargan | LinkedIn]().

5. The Court issued a Summons for each Defendant on or about May 1, 2025. However, the Summons for each Defendant needed to be modified and, consequently, a new Summons for each Defendant was issued on May 29, 2025. (DE No. 5).

6. The Individual Defendants are or were part of SAU's Board of Trustees. Consequently, the May 29, 2025 Summons for each Defendant lists SAU's registered address – 1315 Oakwood Avenue, Raleigh, N.C. 27610. (Id.).

7. On or about June 2, 2025, Plaintiff served each Defendant with the May 29, 2025 Summons and the Complaint by certified mail/return receipt requested at SAU's registered address. Attached as Exhibit 1 are the executed certified mail receipts showing that SAU received the Summons and Complaint for each Defendant. The person who signed the return receipts for SAU is identified as "T. Ross." On information and belief, "T. Ross" is Terence Ross, who is SAU's Mail Center Manager.

8. In an abundance of caution, by letter dated June 2, 2025, Plaintiff also sent SAU waivers of service of summons for each Defendant. See Exhibit 2. None of the Defendants returned an executed waiver of service of summons to Plaintiff.

9. In a further abundance of caution, Plaintiff retained a process server, who attempted multiple times to serve each Defendant at 1315 Oakwood Avenue, Raleigh, N.C. 27610. The

process server even had direct communications with SAU's President. A true and accurate written statement detailing the process server's to serve Defendants is attached as Exhibit 3.

10. On August 15, 2025, Plaintiff also sent, by certified mail/return receipt requested, a copy of the May 29, 2025 Summons and Complaint to Mr. Perry to his residential address in the State of Florida.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of August, 2025.

                                                */s/ Nicholas J. Sanservino, Jr.*
                                                Nicholas J. Sanservino, Jr.

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served and/or will be served upon the following by certified mail/return receipt requested:

      Saint Augustine's University
      Brian Boulware
      James Perry
        c/o Saint Augustine's University
      1315 Oakwood Avenue
      Raleigh, N.C. 27610
      *Defendants Pro Se*

Dated: August 17, 2025

      */s/ Nicholas J. Sanservino, Jr.*
      Nicholas J. Sanservino, Jr.