

June 2, 2025

**BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Saint Augustine's University
1315 Oakwood Avenue
Raleigh, N.C. 27610-2298

    Re:    *Dr. Christine McPhail v. Saint Augustine's University; Brian Boulware; and James Perry*, Case No. 25-221 (E.D.N.C.)

To whom it may concern:

Edwards Beightol represents Dr. Christine McPhail, the plaintiff in the above lawsuit. Enclosed please find a Waiver of Service of Summons for each named defendant and a file-stamped Summons and Complaint for each defendant. If you have any questions, please let me know. Thank you.

Very truly yours,

*/s/ Nicholas J. Sanservino, Jr.*

Nicholas J. Sanservino, Jr.
Of Counsel

Enclosures

cc:    Missy S. Spainhour, Esq.    (mspainhour@constangy.com)