# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **Dr. Christine Phail,** ) | |
| *Plaintiff* ) | |
| ) | |
| vs. ) | **AFFIDAVIT OF SERVICE** |
| ) | |
| ) | Civil Action: 5:25-cv-221-D-RN |
| ) | |
| **Saint Augustine's University, James** ) | |
| **Perry and Brian Boulware,** ) | |
| *Defendants* ) | |

Know all men by these presents that I was assigned to duly execute this service upon **Brian Boulware** do hereby depose and say that:

1.) I am a Professional Process Server of suitable age and qualification to execute said service.
2.) I am a disinterested third party to the pending legal action.
3.) I have made diligent attempts to locate and serve the respondent and have been unable to execute the same, investigative field notes attached.

FURTHER, AFFIANT SAYETH NOT.

*Madison Geist*
Madison Geist
Poindexter Global Intelligence
5 W. Hargett Street, 4th Floor
Raleigh, NC 27601
(800) 373-2804

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **Dr. Christine Phail,** | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF SERVICE** |
| | ) | |
| | ) | Civil Action: 5:25-cv-221-D-RN |
| | ) | |
| **Saint Augustine's University, James** | ) | |
| **Perry and Brian Boulware,** | ) | |
| *Defendants* | ) | |

Know all men by these presents that I was assigned to duly execute this service upon **Saint Augustine's University** do hereby depose and say that:

1.) I am a Professional Process Server of suitable age and qualification to execute said service.
2.) I am a disinterested third party to the pending legal action.
3.) I have made diligent attempts to locate and serve the respondent and have been unable to execute the same, investigative field notes attached.

FURTHER, AFFIANT SAYETH NOT.

*Madison Geist*
Madison Geist
Poindexter Global Intelligence
5 W. Hargett Street, 4th Floor
Raleigh, NC 27601
(800) 373-2804

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **Dr. Christine Phail,** | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF SERVICE** |
| | ) | |
| | ) | Civil Action: 5:25-cv-221-D-RN |
| | ) | |
| **Saint Augustine's University, James Perry and Brian Boulware,** | ) ) | |
| *Defendants* | ) | |

Know all men by these presents that I was assigned to duly execute this service upon **James Perry** do hereby depose and say that:

1.) I am a Professional Process Server of suitable age and qualification to execute said service.
2.) I am a disinterested third party to the pending legal action.
3.) I have made diligent attempts to locate and serve the respondent and have been unable to execute the same, investigative field notes attached.

FURTHER, AFFIANT SAYETH NOT.

*Madison Geist*
_____
Madison Geist
Poindexter Global Intelligence
5 W. Hargett Street, 4th Floor
Raleigh, NC 27601
(800) 373-2804

Date: July 17, 2025
Arrival: 3:00 pm
Place of service:
- 1315 Oakwood Ave Raleigh, NC 27610

The university is closed for the summer. There were only two people located on the campus, the gate attendant and the lawn mower. All phone numbers for the university are not monitored at this time either. I was able to get in touch with the President of the university Marcus Burgess via email. He informed me that himself and others work remotely and that he will be out of the office until July 29th. The president seems cooperative and willing to be served with these papers as long as it is after this date. I have not been able to get a response from any other university personnel and Mr. Burgess has not provided one when asked.

A second attempt will be initiated on July 29th.

Date: July 29, 2025
Arrival: 10:30 am
Place of service:
- 1315 Oakwood Ave Raleigh, NC 27610

Service was attempted again per the president's instructions. No personnel was on campus. The gate attendant told me that everyone is still remote and no one has checked in. I have reached out to the president via email in an attempt to set up a meeting time. I await his response.

Date: August 13th, 2025
Arrival: 9:00 am
Place of service:
- 1315 Oakwood Ave Raleigh, NC 27610

I attempted to get a hold of anyone capable of accepting papers at St. Augustines for two weeks. I sent many emails to the President Marcus Burgess to set up a meeting time. He had told me he would be available after July 29th but became completely unresponsive after this date. It is my belief that Marcus Burgess is now avoiding service. I went to campus on August 13th. Only the gate attendant was present and stated that he had not seen the president.